431 A.2d 279

**COMMONWEALTH of Pennsylvania**

**v.**

**Delton WOOLFOLK, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 24, 1981.

Decided July 10, 1981.

Lenard H. Sigal, Philadelphia, for appellant.

Robert B. Lawler, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

The Judgments of Sentence are affirmed.